IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MICHAEL LEBERT | ) | 1:06-cv-0687-AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATIONS RE |
| | ) | DISMISSAL OF PETITION |
| | ) | FOR WRIT OF HABEAS |
| STATE OF CALIFORNIA, | ) | CORPUS |
| | ) | |
| Respondent. | ) | [Doc. 4] |
| | ) | |
| | ) | |
| _____ | ) | |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 1, 2006, the Magistrate Judge filed findings and recommendations that recommended this action be dismissed for Petitioner's failure to prosecute. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on August 1, 2006, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed for failure to prosecute;
3. The Clerk of the Court is directed to close this file.


IT IS SO ORDERED.

**Dated:    March 13, 2007**                        /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE

2